IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOYSE WOODS                                                                                          PLAINTIFF

V.                              CASE NO. 3:08CV00070 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 23rd day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE